```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 11969
  SHANNON M MCCARTHY
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

       Debtor
  SSN XXX-XX-4972
```

---
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/22/06 and confirmed on 12/20/06.

2. The plan is paid in full.

3. The Debtor paid a total of $ 26002.21 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAS SERVICING CO | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | 7781.60 | .00 | 7781.60 |
| WINDERMERE EAST V CA | SECURED | 2559.53 | .00 | 2559.53 |
| CAPITAL ONE BANK | UNSECURED | 2165.14 | .00 | 2165.14 |
| CAPITAL ONE BANK | UNSECURED | 556.70 | .00 | 556.70 |
| COMED | FILED LATE | .00 | .00 | .00 |
| JOAN LETTIERE | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 7857.61 | .00 | 7857.61 |
| WEST SUBURBAN BANK | SECURED VEHIC | .00 | .00 | .00 |
| WILL COUNTY TREASURER | SECURED | 1197.55 | 161.24 | 1197.55 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 11538.68 | .00 | 10579.45 | .00 | 22118.13 |
| PRINCIPAL PAID | 11538.68 | .00 | 10579.45 | .00 | 22118.13 |
| INTEREST PAID | 161.24 | .00 | .00 | .00 | 161.24 |
| TOTAL PAID | 11699.92 | .00 | 10579.45 | .00 | 22279.37 |

The Debtor's attorney, THOMAS M BRITT                , was allowed $   2300.00
and was paid $   1100.00  direct and $   1200.00  through the plan.

The Trustee received $   1241.17 .

Refunds to the Debtor totaled $   1281.67 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 03/11/09                         /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE